**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 16, 2024.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00024-CV

---

**MARIA SALUD BENITEZ TORNEZ, Appellant**

**V.**

**DARREL HARVIN, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-33233**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 31, 2023. On April 16, 2024, appellant filed an agreed motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan